IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT S IRWIN | § | CASE NO. 09-26820-MN-7 |
| NANNETTE L IRWIN | § | CHAPTER 7 |
| | § | |
| | § | JUDGE MIKE NAKAGAWA |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Litton Loan Servicing, LP**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 5250-N-4218

9441 LBJ Freeway, Suite 350

Dallas, Texas  75243

(972) 643-6600 / (972) 643-6698 (Telecopier)

E-mail Address: notice@bkcylaw.com

Authorized Agent for Litton Loan Servicing, LP

## CERTIFICATE OF SERVICE

    I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before September 18, 2009:

**Debtors' Attorney**
David Krieger
Haines & Krieger, L.l.c.
1020 GARCES AVE.
LAS VEGAS, NV  89101

**Chapter 7 Trustee**
Timothy S. Cory
Post Office Box 27498
Las Vegas, Nevada 89126

**U.S. Trustee**
OFFICE OF THE US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101


/s/ Hilary B. Bonial

Hilary B. Bonial


5250-N-4218
noaelect